CLIFFORD CHANCE ROGERS & WELLS LLP
LEIV H. BLAD JR. (Bar No. 151353)
2001 K Street NW
Washington, DC 20006
Telephone: (202) 912-5000
Facsimile: (202) 912-6000

OF COUNSEL
NETWORK COMMERCE
BENNET G. KELLEY (Bar No. 177001)
Vice President of Business & Legal Affairs
411 First Avenue South
Suite 200N
Seattle, Washington 98104

Attorneys for Plaintiffs
NETWORK COMMERCE, INC.
and SPEEDYCLICK CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK COMMERCE, INC. and SPEEDYCLICK CORP.<br><br>Plaintiffs,<br><br>v.<br><br>INFOADS.NET, INC., DONALD CORN, and DAVID MILLER<br><br>Defendants. | Case No. 01-00451 RSWL (RZx)<br><br>**JUDGMENT UPON CONSENT ENTERED UPON STIPULATION** |

Plaintiffs, Network Commerce, Inc. and SpeedyClick Corp. ("Plaintiffs") commenced this Action on January 16, 2001, against Defendants InfoAds.Net, Inc. ("InfoAds"), Donald Corn ("Corn") and David Miller ("Miller") (collectively "Defendants") alleging damages to Plaintiffs arising from violations of the Securities Exchange Act of 1933 by Defendants. Plaintiffs, Corn and Miller have agreed to dismiss any and all of the claims asserted against

each other.  Plaintiffs and InfoAds have agreed upon the entry of judgment in this action as to those claims asserted against InfoAds.

After due deliberation being had thereon, now, on motion of counsel for Plaintiffs it is hereby

**ORDERED, ADJUDGED AND DECREED**, that final judgment in favor of Plaintiffs and against InfoAds in the amount of One Million Eight Hundred Fifty-One Thousand Six Hundred Fifty Fifty-Five and no/100 United States dollars ($1,851,655.00) is hereby granted and ordered entered as the judgment in this action.

InfoAds acknowledges and agrees that pursuant to 11 U.S.C. § 523 and any other applicable non-bankruptcy law, no part of its debts and obligations set forth herein are dischargeable in bankruptcy.

Plaintiffs' claims against Defendants Corn and Miller are hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

Date: ___JUN 27 2001___

*RONALD S. W. LEW*
_____
U.S. District Court Judge

So stipulated and agreed:

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| *[signature]* | *[signature]* |
| Bennet G. Kelley | Harvey Sender |
| (Cal. Bar No. 177001) | (Colo. Bar No. 7546) |